IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**THELMA ABBOTT,** )
)
      **Plaintiff,** )
)
**v.** )       1:10CV462
)
**WATSON LABORATORIES, INC.,** )
**and WATSON PHARMA, INC.,** )
)
      **Defendants.** )

**O-R-D-E-R**

This matter having come before the court on the Motion to Stay Discovery ("Motion") filed by Defendants Watson Laboratories, Inc. and Watson Pharma, Inc. (hereinafter collectively referred to as "Watson"), the court having considered the submissions of the parties, including the filing of a Notice of Consent to Extension of Time to Respond to Watson's Supplemental Motion to Dismiss and Stay of Discovery ("Notice") (Docket No. 37) filed by Watson, and all parties having consented to the terms contained within the Notice,

**IT IS HEREBY ORDERED** that:

1.     Defendants' Motion (Docket No. 35) is **GRANTED**.

2. Plaintiff is granted a fourteen (14) day extension of time to respond to Watson's Supplemental Motion to Dismiss (Docket No. 33) through and including August 11, 2011; and

3. Discovery in this case is stayed until ninety (90) days following submission of the closing papers on Watson's Supplemental Motion to Dismiss. Closing papers shall be submitted on or before August 25, 2011, and discovery is stayed until at least November 27, 2011. As such, any pending discovery obligations, including scheduled depositions, are postponed until the resumption of discovery at some time after November 27, 2011. Prior to resumption of discovery, the parties will provide the Court with an agreed-upon case management order.

/s/ P. Trevor Sharp<br>United States Magistrate Judge

Date: July 26, 2011