# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

|   |   |
|---|---|
| THELMA ABBOTT,<br><br>    Plaintiff,<br><br>v.<br><br>WATSON LABORATORIES, INC., and<br>WATSON PHARMA, INC.,<br><br>    Defendants. | CASE NO. 1:10cv00462<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for defendants Watson Laboratories, Inc. and Watson Pharma, Inc, .and plaintiff Thelma Abbott, that the above entitled action be, and the same hereby is, dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to either party as against the other.

/s/ Kimberly Sullivan\_\_
Kimberly Sullivan, Esq.
NC Bar No. 23480
301 South College Street, Suite 2100
Charlotte, NC 28202
(704) 376-3400
E-mail: ksullivan@cozen.com
*Attorney for Watson*

/s/ P. Ann Trantham\_\_\_\_\_
P. Ann Trantham, Esq.
LA Bar No. 30972
1901 Texas Street
Natchitoches, LA 71457
(318) 352-5999
Email: patrantham@gmail.com
*Attorney for Plaintiff*